■ In the Matter of PAMELA ROBINSON, Appellant, v PAUL BENNETT, Respondent. [852 NYS2d 805]—

The determination of whether a family offense was committed is a factual determination to be resolved by the Family Court (*see Matter of Hall v Hall*, 45 AD3d 842, 843 [2007]; *Matter of Waaldijk-Howell v Howell*, 22 AD3d 675 [2005]; *Matter of King v Flowers*, 13 AD3d 629 [2004]). The Family Court's credibility determination is entitled to great weight on appeal (*see Matter of Hall v Hall*, 45 AD3d at 843; *Matter of Waaldijk-Howell v Howell*, 22 AD3d at 675; *Matter of King v Flowers*, 13 AD3d at 629). The record supports the Family Court's determination that the petitioner failed to prove, by a fair preponderance of the credible evidence, that the respondent committed an act constituting a family offense (*see* Family Ct Act § 832; *Matter of Hall v Hall*, 45 AD3d at 842-843; *Matter of Waaldijk-Howell v Howell*, 22 AD3d at 675; *Matter of King v Flowers*, 13 AD3d at 629). Mastro, J.P., Covello, Eng and Belen, JJ., concur.